

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

In re William L. Arnett,

\* Original Mandamus Proceeding

No. 11-25-00034-CR

\* March 6, 2025

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered William L. Arnett's petition for writ of mandamus and concludes that the petition should be dismissed. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is dismissed.